IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ROBERT C. PROKOP,

    Plaintiff,

v.           CIVIL ACTION NO.   2:14-cv-027618

SUPREME COURT OF APPEALS,

    Defendant.

ORDER

  This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On September 20, 2016, Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 3] ("PF&R") and recommended that the court **DISMISS** the case because the court lacks subject-matter jurisdiction. On November 4, 2016, Judge Tinsley re-issued the PF&R because it was not sent to the petitioner's current address. No party filed objections to the PF&R or sought an extension of time.

  A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court **ACCEPTS** and **INCORPORATES** herein the PF&R and **ORDERS** judgment consistent therewith. The court **DISMISSES** this action and **DIRECTS** this action to be removed from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:    December 12, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE